**Ernest PRESIDENT, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 40891.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

Jospeh H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

PER CURIAM.

### ORDER

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. 84.16(b).